FILED

2019 Feb-19  PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| TONYA WASHINGTON, | ) | |
| and LAKITA ROBINSON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 7:17-CV-1768-LSC |
| | ) | |
| A AND Z INC., | ) | |
| YAHYA ALWAN, | ) | |
| E AND Z INC., and | ) | |
| MOHAMMED KASSIM, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | / | |

### PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME

COMES NOW, the Plaintiffs, TONYA WASHINGTON and LAKITA ROBINSON, (hereinafter "Plaintiffs"), by and through the undersigned counsel, and respectfully moves this Court to enter an order granting the parties an extension of time to select a mediator.  In support, the Plaintiffs would show:

1. The Plaintiffs filed a Complaint on October 19, 2017 against Defendants' A and Z, Inc. and Yahya Alwan, asserting violations of the Fair Labor Standards Act ("the FLSA") by the Defendants in their failure to properly pay the Plaintiffs the wages due to them while employed with the Defendants.  [Doc. 1]

2.      On or about November 26, 2018, the Plaintiffs filed an Unopposed Motion for Leave to Amend Complaint and Amended Complaint adding Defendants' E and Z, Inc. and Mohammed Kassim to the action. [Doc. 20 & 21].

3.      On or about November 28, 2018, the Court issued an Order Granting Motion for Leave to Amend Complaint. [Doc. 22]

4.      On or about February 6, 2019, this Court issued an Order for Mediation. [Doc. 35]

5.      Per the Order for Mediation, said order requires the parties to select a mediator and notify the courtroom's deputy of the person selected to serve as mediator by February 19, 2019. [Doc. 35].

6.      The undersigned attorney is in the process of getting authority from the Plaintiffs to settle the case and in preparation for mediation.

7.      The Plaintiffs requests that the Court allow an additional fourteen (14) days from February 19, 2018 to allow time for the parties to choose a mediator.

8.      Counsel for the Plaintiffs conferred with counsel for the Defendants on February 19, 2019, in regard to the relief requested herein, and the counsel for the Defendants has advised there is no objection to this Motion or requested relief.

**WHEREFORE**, the above premises considered, the Plaintiffs respectfully request this Court grant the parties a fourteen (14) day extension of time to select a mediator, and grant any further such relief that is deemed just and proper.

Respectfully submitted,

*/s/ Jeremiah J. Talbott*
JEREMIAH J. TALBOTT, ESQ.
AL Bar No. ASB-1579-L64J
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, FL  32503
(850) 437-9600 / (850) 437-0906 (facsimile)
*Attorney for Plaintiff*
jjtalbott@talbottlawfirm.com
civilfilings@talbottlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to counsel Daniel J. Burnick, Esq., 3179 Green Valley Rd. #205, Birmingham, AL 35243, danielburnick@gmail.com, Attorney for the Defendants A and Z, Inc. and Yahya Alwan; Marion F. Walker, Esq., Fisher Phillips LLP, 2323 2nd Avenue North, Birmingham, AL 35203, mfwalker@fisherphillips.com, Attorney for Defendants E and Z, Inc. and Mohammed Kassim on this 19th day of February, 2019.

/s/ JEREMIAH J. TALBOTT

*Plaintiffs' Motion for Extension of Time*
Page 3 of 4

JEREMIAH J. TALBOTT, Esq.
Jeremiah J. Talbott, P.A.