FILED
2019 Feb-22 PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **TONYA WASHINGTON,** and **LAKITA ROBINSON** | )<br>)<br>)<br>) CASE NO: 7:17-CV-1768-LSC<br>) |
| Plaintiffs,<br>vs. | )<br>)<br>) |
| **A AND Z INC. and YAHYA ALWAN** | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION TO WITHDRAW
## COUNSEL FOR PLAINTIFF, TONYA WASHINGTON

COMES NOW, counsel of record for the Plaintiff, TONYA WASHINGTON, and moves this Court for an Order allowing the undersigned Counsel to withdraw from representing the Plaintiff, TONYA WASHINGTON. In support of this Motion, the undersigned states as follows:

1. JEREMIAH J. TALBOTT, ESQ., has represented TONYA WASHINGTON, in the above-referenced case.

2. The Plaintiff and her undersigned attorney have irreconcilable differences and the undersigned attorney is otherwise unable to continue to represent the Plaintiff.

3. The undersigned attorney requests the Court to allow time for the

Plaintiff, TONYA WASHINGTON, to seek new counsel.

4. Plaintiff, TONYA WASHINGTON'S, last known address is 418 Greer Drive #69, Gordo, AL 35466.

5. The undersigned counsel contacted the attorney for the Defendants concerning this matter and opposing counsel has not advised if they object to this Motion.

6. The undersigned attorney reserves the right to attorney fees and costs shall Plaintiff, TONYA WASHINGTON, recover any monies on this claim.

**WHEREFORE**, the undersigned counsel for the Plaintiff respectfully requests that this Court enter an Order relieving the undersigned of any further responsibility in the representation of the Plaintiff, TONYA WASHINGTON.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing has been furnished via CM/ECF to counsel for Defendants and via U.S. Mail to Plaintiff, Tonya Washington, 418 Greer Drive #69, Gordo, AL 35466 on this 22nd day of February, 2019.

Respectfully submitted,

*/s/ Jeremiah J. Talbott*
JEREMIAH J. TALBOTT, ESQ.
Ala. Bar No. ASB-1579-L64J
Law Office of Jeremiah J. Talbott, P.A.

                                                900 E. Moreno Street
                                                Pensacola, Fla. 32503
                                                (850) 437-9600 / (850) 437-0906 (fax)
                                                jjtalbott@talbottlawfirm.com
                                                civilfilings@talbottlawfirm.com
                                                *Attorney for Plaintiffs*