# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| TONYA WASHINGTON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 7:17-cv-01768-LSC |
| | ) | |
| A AND Z INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has before it Jeremiah J. Talbott's motion to withdraw as counsel for Plaintiff Tonya Washington. (Doc. 38.) The Court finds that Defendants lack standing to challenge Talbott's motion. Accordingly, the motion (doc. 38) is GRANTED. The Court also notes that that it appears that Plaintiff Tonya Washington will still be represented in this matter by Michael Travis Stallings.

**DONE** and **ORDERED** on February 28, 2019.

_____
L. Scott Coogler
United States District Judge

194800