# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| TONYA WASHINGTON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 7:17-cv-01768-LSC |
| | ) | |
| A AND Z INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court are Defendants' Motions to Compel. (Docs. 47 & 48.) For the reasons stated on the record during the hearing held on May 29, 2019, Defendants' Motions (docs. 47 & 48) are GRANTED. Plaintiff Tonya Washington has fourteen (14) days from the date of this Order to respond to Defendants' outstanding discovery requests.

**DONE** and **ORDERED** on May 29, 2019.

_____
L. Scott Coogler
United States District Judge

194800